**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 6, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00041-CV

---

**DOMINION ESTATES HOMEOWNER'S ASSOCIATION, Appellant**

**V.**

**MARY F. MASTERSON, Appellee**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2009-72862**

---

## M E M O R A N D U M     O P I N I O N

This is an appeal from a judgment signed December 2, 2011.  On August 14, 2012, appellant filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.